Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
David Edward Hernandez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID EDWARD HERNANDEZ, | Case No.: 1:20-cv-00041-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file his opening brief for a period of 30 days from August 26, 2020, to and including September 25, 2020, and that all

-1-

subsequent deadlines set forth by the Scheduling Order, Doc. No. 5, are extended accordingly.

This is the first request for an extension in this matter. This request is made pursuant to paragraph 12 of the Scheduling Order, permitting a single 30-day extension.

IT IS SO STIPULATED.

DATE: August 26, 2020     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*
BY: _____
Young Cho
Attorney for plaintiff
DAVID EDWARD HERNANDEZ

Date:  August 26, 2020     McGREGOR W. SCOTT
United States Attorney


BY:  /s/ *Asim Modi*
ASIM MODI
Special Assistant United States Attorney
Attorneys for Defendant ANDREW SAUL,
Commissioner of Social Security (Per email authorization)

**ORDER**

The Scheduling Order allows a single thirty-day extension of any part of the Scheduling Order by stipulation of the parties without the Court's approval.  (Doc. No. 5.)  This is the first extension requested by the parties and therefore Plaintiff shall have an extension of time to file and serve his Opening Brief.  Plaintiff's Opening Brief shall be served on or before September 25, 2020.   All other deadlines set forth in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **August 27, 2020**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE